**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6564**

BRUMAN STALIN ALVAREZ,

                Plaintiff - Appellant,

        v.

CORIZON, LLC, f/k/a Correctional Medical Services, Incorporated, Regional; MOTTI MULLETA, M.D., Medical Provider; BARBARA STEEL, Supervisor Medical Provider; JOHN MOSS, P.A. Physician Assistant; WEXFORD HEALTH SOURCES, INCORPORATED,

                Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge. (1:10-cv-00179-WDQ)

Submitted:  November 17, 2016          Decided:  November 21, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruman Stalin Alvarez, Appellant Pro Se.  Gina Marie Smith, Amy E. Askew, Ryan Alexander Mitchell, MEYERS, RODBELL & ROSENBAUM, PA, Riverdale, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruman Stalin Alvarez appeals the district court's orders granting the Defendants' motions to dismiss or for judgment on the pleadings and dismissing Alvarez's civil complaint. In his informal appellate brief, Alvarez fails to challenge the district court's reasons for dismissing his complaint. Accordingly, Alvarez has waived appellate review of those issues. See 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Because Alvarez does not have a constitutional right to effective assistance of counsel during his civil proceedings, his claim that appointed counsel committed a fraud upon the court by filing an inadequate complaint is without merit. See Pitts v. Shinseki, 700 F.3d 1279, 1284-85 (Fed. Cir. 2012). Accordingly, we affirm the district court's orders. We deny Wexford Health Sources' motion to dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED